STATE OF CONNECTICUT *v.* JOSEPH R. SCARPIELLO

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided March 5, 1996

ELIZABETH GALLAGHER *v.* COVENANT INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 908 (AC 13969), is denied.

*Prescott W. May*, in support of the petition.

Decided March 5, 1996

MICHAEL JORRIN *v.* VALERIE JORRIN

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 909 (AC 12815), is denied.

*Lois B. Tanzer*, in support of the petition.

*Ellen B. Lubell*, in opposition.

Decided March 5, 1996